IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN D. BROWN,                              )
                                            )
      Plaintiff,                     )
                                            )
      v.                             )      Case: 3:14-cv-1122-NJR-DGW
                                            )
SHAWN  D.  RITCHEY  and  HENRY  P.)
TEVERBAUGH,                                 )
                                            )
      Defendants.                    )

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion for Extension of Time to Complete Discovery filed by Defendants, Shawn D. Ritchey and Henry P. Teverbaugh, on April 22, 2016 (Doc. 39). The Motion is **GRANTED**.

This Court previously extended the discovery deadline, for the sole purpose of taking Plaintiff's deposition, to April 15, 2016.  Defendants subsequently noticed Plaintiff's deposition for April 4, 2016.   Plaintiff, however, informed Defendants that he is not available until April 22, 2016 due to prior commitments.   The discovery deadline is extended to **June 3, 2016**, again for the sole purpose of taking Plaintiff's deposition.   No further extensions will be granted.   Plaintiff is **DIRECTED** to inform Defendants, upon receipt of this Order but no later than May 18, 2016, five (5) days that he is available to sit for a deposition (by the deadline).   Defendants may pick one of those days or another mutually convenient date to take Plaintiff's deposition.   Plaintiff is **WARNED** that failure to sit for his deposition by the June 1, 2016 deadline **SHALL** result in a report and recommendation that this matter be dismissed (with prejudice) for want of prosecution. Plaintiff should remain in contact with Defendants so that the deposition can be scheduled and

taken by the deadline.

In light of the extension of the discovery deadline, the dispositive motion filing deadline is also extended, to **June 29, 2016**.   No extensions of this deadline will be granted.

**IT IS SO ORDERED.**

**DATED: May 11, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**